# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: UPSTART HOLDINGS, INC. SECURITIES LITIGATION | Case No. 2:22-cv-2935<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Elizabeth A. Preston Deavers |

## ORDER

This matter is before the Court for consideration of the Unopposed Motion to Modify Class Certification Briefing Schedule and Notice of Withdrawal of Defendants' Urgent Motion to Stay and Status Conference Request. (ECF No. 105.) For good cause shown, the request is **GRANTED**. Pursuant to the parties' agreement as set forth in the subject Motion, Defendants' Urgent Motion to Stay and Status Conference Request, ECF No. 98, is **DENIED AS MOOT**, and the Court **AMENDS** the class certification briefing schedule as follows:

| | |
|---|---|
| February 26, 2024 | Deadline for Lead Plaintiff and proposed additional class representatives Brooks & Crain to serve responses and objections to Defendants' February 5, 2024 requests for production of documents. Plaintiffs will make best efforts to produce responsive, nonprivileged documents with their responses. |
| March 8, 2024 | Deadline for Lead Plaintiff and proposed additional class representatives Brooks & Crain to serve privilege logs, if any, and substantially complete their document productions responsive to Defendants' February 5, 2024 discovery requests. |
| April 26, 2024 | Deadline for Defendants to depose proposed class representative(s), Lead Plaintiffs' class certification expert(s), and/or other witnesses in connection with the motion for class certification. |
| May 24, 2024 | Deadline for Defendants to file opposition to class certification, including expert report(s), if any. |
| June 18, 2024 | Deadline for Lead Plaintiff to depose Defendants' class certification expert(s), and/or other witnesses in connection with the motion for class |

|  | certification. Defendants agree they will use best efforts to make their expert(s) and/or other witnesses available for deposition in early June. |
|---|---|
| June 28, 2024 | Deadline for Lead Plaintiff to file reply in support of class certification, including expert rebuttal report(s), if any. |

**IT IS SO ORDERED.**


Date:  February 7, 2024                           /s/ *Elizabeth A. Preston Deavers*
                                                  ELIZABETH A. PRESTON DEAVERS
                                                  UNITED STATES MAGISTRATE JUDGE